**ORIGINAL**

CC: TO JUDGE __ZG__

THE HONORABLE THOMAS S ZILLY

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JUL 1 2 2001  ZG

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E RICHARDS and SUSAN L RICHARDS, husband and wife,<br><br>Plaintiffs,<br><br>v<br><br>NAVEEN JAIN and INFOSPACE, INC,<br><br>Defendants | NO C00-2140Z<br><br>**DEFENDANTS' MOTION TO DISQUALIFY**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>July 27, 2001 |

Defendant InfoSpace, Inc ("InfoSpace") hereby moves to disqualify Hagens Berman LLP as counsel for plaintiffs John and Susan Richards in this action   This motion is made on the basis that, unbeknownst to InfoSpace, Hagens Berman has had unauthorized and unrestricted access to thousands of confidential and privileged e-mail communications between InfoSpace and its legal counsel   Mr Richards, a Vice President of InfoSpace, admitted in his deposition that almost a year ago he delivered a CD-ROM to Hagens Berman that contained a vast quantity of privileged communications between himself, acting in his

DEFENDANTS' MOT   CV 00-02140 #00000046
[28096-0056/SL011920 044

PERKINS COIE LLP
hird Avenue, Suite 4800
Washington 98101-3099
(206) 583-8888

corporate capacity, and InfoSpace's in-house and outside legal counsel. InfoSpace holds the privilege as to all those communications, and has not waived that privilege. Many of those communications related to claims against InfoSpace which are now relied upon by plaintiffs in support of their claims in this case. The CD-ROM also contained other highly confidential information that has no relevance to this lawsuit.

Without informing anyone, Hagens Berman has been in possession of the CD-ROM since the summer of 2000--several months <u>before</u> this action was filed. No effort was made to notify InfoSpace that it possessed its privileged materials. Instead, Hagens Berman proceeded to search the CD-ROM in an effort to locate evidence to support plaintiffs' claims. After the Complaint was filed, instead of disclosing that they had access to InfoSpace's privileged communications, plaintiffs' counsel moved for a protective order to delay Mr. Richards' deposition after he was placed on administrative leave and his InfoSpace computer was retained by InfoSpace. The basis of the motion for protective order was that Mr. Richards needed to have "access" to the e-mail on his computer to prepare for his deposition. In fact, as he ultimately admitted in his deposition, he had already delivered a copy of all his e-mail to Hagens Berman before filing his lawsuit.

The undisputed facts are that InfoSpace's attorney-client privilege has been violated and there is no way to "undo" plaintiffs' counsel's unrestricted access to literally thousands of confidential and privileged e-mail communications over the past ten months. The only way to protect InfoSpace is to remove counsel from further prosecuting this case.

This motion is based on this Notice of Motion, the accompanying Memorandum in Support, the Declarations of Harry H. Schneider, Jr., Sandra L. Williams (previously filed on 3/5/01), Robert Mittenthal, and Joseph McMillan, and the pleadings and files herein. A proposed Order also accompanies this motion.

DEFENDANTS' MOTION TO DISQUALIFY - 2
[28096-0056/SL011920 044]

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

DATED  July 12, 2001

PERKINS COIE LLP

By _____/s/_____

Harry H Schneider, Jr , WSBA #09404
Brent Snyder, WSBA #26986
Joseph M McMillan, WSBA #26527
Attorneys for Defendants Naveen Jain and InfoSpace, Inc

DEFENDANTS' MOTION TO DISQUALIFY - 3
[28096-0056/SL011920 044]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
(206) 583-8888